ELDON S. EDSON (SBN 168896)
eedson@selmanbreitman.com
JAN L. POCATERRA (SBN 134247)
jpocaterra@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:    (310) 445-0800
Facsimile:    (310) 473-2525

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG 5 SPORTING GOODS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | CASE NO.  CV12-3699-DMG (MANx)<br><br>[Assigned to Hon. Dolly M. Gee]<br><br>**DECLARATION OF JAN L. POCATERRA IN SUPPORT OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF ISSUES**<br><br>Date    :  August 10, 2012<br>Time    :  2:00 p.m.<br>Ctrm.   :  7 - Second Floor<br>            Spring Street Courthouse<br><br>Complaint Filed:  April 27, 2012 |

## DECLARATION OF JAN L. POCATERRA

I, Jan L. Pocaterra, declare and state as follows:

1.  I am an attorney at law, duly licensed to practice before the courts of the State of California. I am a partner with the law firm of Selman Breitman LLP, attorneys of record for Defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich") herein. I am actively engaged in the handling of this matter.

2.  The facts set forth herein are known to me personally, and if called upon to

testify, I could and would competently testify thereto.

3. I submit this declaration in support of Zurich's Motion for Summary Judgment or Partial Summary Judgment. The purpose of this declaration is for the Court's convenience in locating the specific Zurich policy language discussed in Zurich's Motion for Summary Judgment or Partial Summary Judgment. Each of the exhibits attached hereto contains policy provisions which are referenced in one or more of the Zurich insurance policies found in the Joint Appendix of Exhibits as follows:

<u>Exhibit 1</u>: Zurich Policy GLO-9262202-00, eff. 9/25/07-9/25/08;

<u>Exhibit 2</u>: Zurich Policy GLO-9262202-01, eff. 9/25/08-9/25/09; and

<u>Exhibit 3</u>: Zurich Policy GLO-9262202-02, eff. 9/25/09-9/25/10.

4. For the Court's convenience, attached hereto are true and correct copies of Zurich's Statutory Violation Exclusions as Exhibit A1 and Exhibit A2 which are discussed in Zurich's Motion for Summary Judgment or Partial Summary Judgment:

<u>Exhibit A1</u>: "EXCLUSION – VIOLATION OF STATUTES THAT GOVERN EMAILS, FACTS, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION" – Statutory Violation Exclusion found in Zurich Policies effective September 25, 2007 – 2008 and September 25, 2008 – 2009;

<u>Exhibit A2</u>: "Distribution Of Material In Violation Of Statutes Exclusion Amendment" – Statutory Violation Exclusion found in Zurich Policy effective September 25, 2009 – 2010.

5. For the Court's convenience, attached hereto as Exhibit B is a true and correct copy of the "Self Insured Retention Endorsement" found in all three Zurich policies, Endorsement U-GL-1114-A CW (10/02).

6. For the Court's convenience, attached hereto as Exhibit C1 and C2 are true and correct copies of the Commercial General Liability Coverage Forms utilized in the Zurich policies as follows:

<u>Exhibit C1</u> – "Commercial General Liability Coverage Form", CG 00 01 21 04, found in Zurich Policies effective from September 25, 2007 – 2008, and September 25, 2008 – 2009; and

<u>Exhibit C2</u> – "Commercial General Liability Coverage Form", CG 00 01 12 07, found " in Zurich Policy effective from September 25, 2009 – 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of June, 2012, at Los Angeles, California.

_____
JAN L. POCATERRA