ELDON S. EDSON (SBN 168896)
eedson@selmanbreitman.com
JAN L. POCATERRA (SBN 134247)
jpocaterra@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone:   (310) 445-0800
Facsimile:   (310) 473-2525

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG 5 SPORTING GOODS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | CASE NO.   CV12-3699-DMG (MANx)<br><br>[Assigned to Hon. Dolly M. Gee]<br><br>**DECLARATION OF THOMAS J. DELUCA IN SUPPORT OF ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date  :  August 10, 2012<br>Time  :  2:00 P.M.<br>Ctrm  :  7 - 2nd Floor<br>          Spring Street Courthouse<br><br>Complaint Filed  :  April 27, 2012 |

I, Thomas J. DeLuca, declare and state as follows:

1. I am employed as a Claims Specialist in the Mass Litigation Claims Department of Zurich American Insurance Company ("Zurich") in Schaumburg, Illinois. I was assigned to handle the Song Beverly Act Claims against Big 5 Sporting Goods Corporation ("Big 5"), and I have been involved with the day-to-day handling of these claims since 2011.

2. The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.

3. I submit this declaration in support of Zurich's Motion for Summary Judgment or Partial Summary Judgment.

4. On March 9, 2012, Zurich issued check number 1101689304, in the amount of $15,677.22, to Big 5 as payment by Zurich for its share of the Dewey & LeBoeuf LLP invoice number 645733 for defense costs incurred in 2012 on behalf of Big 5 regarding the *Coordination Proceeding*, Case No. JCCP 4667, in the Los Angeles County Superior Court, Complex Division which alleges violations of the Song Beverly Credit Card Act ("Song Beverly Act").

5. On May 29, 2012, Zurich issued check number 1101798756, in the amount of $27,807.38, to Big 5 as payment by Zurich for its share of the Dewey & LeBoeuf LLP invoice number 649242 for defense costs incurred in 2012 on behalf of Big 5 regarding the *Coordination Proceeding*, Case No. JCCP 4667, in the Los Angeles County Superior Court, Complex Division which alleges violations of the Song Beverly Act.

6. On May 15, 2012, Zurich issued check number 1101780472, in the amount of $42,525.99, as payment by Zurich for its share of the 2011 Dewey & LeBoeuf LLP defense costs incurred on Big 5's behalf in connection with the defense of the *Nelson v. Big 5 Sporting Goods Corp.*, Case No. CGC-11-508829, claim, the *Motta v. Big 5 Sporting Goods Corp.*, Case No. CGG 11-509228, claim and invoice numbers 643954 and 641787 for defense of the *Coordination Proceeding*, Case No. JCCP 4667, in the Los Angeles County Superior Court, Complex Division all of which allege violations of the Song Beverly Act.

7. Other than the two 2012 invoices noted above, Nos. 645733 and 649242, as of June 15, 2012, Zurich has not received any additional 2012 defense costs invoices from Big 5 for sums incurred on its behalf in connection with the defense of the underlying

///
///
///
///

claims alleging violations of the Song Beverly Act. Thus, Zurich has not been able to make any ongoing defense costs payments to Big 5.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed June 15, 2012, at Schaumburg, Illinois.

*[signature]*
Thomas J. DeLuca

"OFFICIAL SEAL"
JUSTYNA A. ZIOLO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/23/2014

*[signature]*
6/15/12