ELDON S. EDSON (SBN 168896)
eedson@selmanbreitman.com
JAN L. POCATERRA (SBN 134247)
jpocaterra@selmanbreitman.com
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:   (310) 473-2525

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG 5 SPORTING GOODS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | CASE NO.   CV12-3699-DMG (MANx)<br><br>[Assigned to Hon. Dolly M. Gee]<br><br>**DECLARATION OF MARIA PIAZZA IN SUPPORT OF ZURICH AMERICAN INSURANCE COMPANY'S REPLY TO BIG 5'S OPPOSITION TO ZURICH'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date   :   August 10, 2012<br>Time   :   2:00 P.M.<br>Ctrm   :   7 - 2nd Floor<br>           Spring Street Courthouse<br><br>Complaint Filed   :   April 27, 2012 |

I, Maria Piazza, declare and state as follows:

1. I am employed as a Team Manager in the Mass Litigation Claims Department of Zurich American Insurance Company ("Zurich") in Schaumburg, Illinois. I was assigned to supervise the handling of the Song Beverly Act Claims against Big 5 Sporting Goods Corporation ("Big 5"), and was involved in that supervision after the settlement of the *Zimerman v. Big 5* lawsuit, Case No. BC383834, filed on January 15, 2008 in Los Angeles Superior Court, and settled in May 2009.

1

2. The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.

3. I submit this declaration in support of Zurich's Reply to Big 5's Opposition to Zurich's Motion for Summary Judgment/Partial Summary Judgment.

4. Based on my supervision of the Song Beverly Act claims and my review of the claim file, I am aware that under a full reservation of rights, Zurich made a payment of $30,000 towards the settlement of the *Zimerman* lawsuit against Big 5. Big 5 requested Zurich's participation in the mediation and settlement of the *Zimerman* suit.

5. I am not aware of any disagreement by Big 5 as to the *Zimerman* settlement or as to Zurich's payment of $30,000 towards the settlement of the *Zimerman* suit.

6. Attached as Exhibit 1 is a February 10, 2010 letter sent by Liz M. Walker, a claims adjuster with Zurich who I supervised, to Big 5's Corporate Counsel, Ian Langreen. I was copied on this letter.

7. Based on my supervision of the Song Beverly Act claims and review of the claim file, I understand that Ms. Walker's statement that "By now you should have received a check for $30,000 from Zurich as our portion of the settlement reached in this matter, as we agreed," indicates that Big 5 agreed to Zurich's participation in the *Zimerman* lawsuit settlement. Portions of this letter which address the reasonableness of defense fees are redacted because the parties herein agreed not to address monies owed, rates, reasonableness or the application of Civil Code section 2860 in the pending cross-motions.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed July 20, 2012, at Schaumburg, Illinois.

*Maria Piazza*
Maria Piazza