# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG 5 SPORTING GOODS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No. CV 12-3699 -DMG (MANx)<br><br>**JUDGMENT** |

Pursuant to the Court's July 10, 2013 Order granting Defendants Zurich Insurance Company and Hartford Fire Insurance Company's Motions for Summary Judgment and denying Plaintiff Big 5 Sporting Goods Corporation's Motion for Partial Summary Judgment,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendants Zurich Insurance Company and Hartford Fire Insurance Company and against Plaintiff Big 5 Sporting Goods Corporation, which shall take nothing.

DATED:   July 10, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE